UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISA LUJANO ) | Case No.: 1:17-cv-00563-EPG |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| v. ) | **EXTEND TIME TO FILE** |
| ) | **OPENING BRIEF** |
| NANCY A. BERRYHILL, Acting ) | |
| Commissioner of Social Security. ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff Elisa Lujano and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 30 days from December 18, 2017 to January 17, 2018 for Plaintiff to file an opening brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Plaintiff's counsel has had an abnormally heavy case-load of late

-1-

and is in the process of re-assigning cases internally to avoid calendaring issues in the future.

DATE: December 18, 2017      Respectfully submitted,

LAWRENCE D. ROHLFING

BY: /s/ *Cyrus Safa*
_____
Cyrus Safa
Attorney for plaintiff Ms. Elisa Lujano

DATE: December 18, 2017

PHILLIP A. TALBET
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Social Security Administration

BY: /s/ *Michael K. Marriott*
_____
Michael K. Marriott
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

## **ORDER**

Good cause appearing, Plaintiff's time to file an opening brief shall be extended by 30 days, from December 18, 2017 to January 17, 2018. All other dates in the Court's Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: **December 26, 2017**       /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE